# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:24−cv−00767−JMC

| | |
|---|---|
| ARGUETA ANARIBA v. UNITED STATES OF AMERICA et al | Date Filed: 03/15/2024 |
| Assigned to: Judge Jia M. Cobb | Jury Demand: None |
| Cause: 28:1346 Tort Claim | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ANGEL ARGUETA ANARIBA**  represented by  **Sarah Telo Gillman**
ROBERT F. KENNEDY HUMAN RIGHTS (RFK HUMAN RIGHTS)
88 Pine Street
Suite 801
New York, NY 10005
646−289−5593
Email: gillman@rfkhumanrights.org
*ATTORNEY TO BE NOTICED*

**Yulie Landan**
NATIONAL IMMIGRATION PROJECT
1763 Columbia Road NW
Suite 175 #896645
Washington, DC 20009
213−430−5521
Email: yulie@nipnlg.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Decker**
ROBERT F. KENNEDY HUMAN RIGHTS
Washington
1300 19th Street NW
Suite #750
20036
Washington, DC 20036
908−967−3245
Email: decker@rfkhumanrights.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DALEY**  represented by  **Joseph Lee Meadows**
*FNU, in his individual capacity*    GORDON & REES, LLP
277 S. Washington Street
Ste 550
Alexandria, VA 22314
703−650−7011
Fax: 202−800−2999

Email: jmeadows@grsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FREEMAN**
*FNU, in his individual capacity*

represented by **Joseph Lee Meadows**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DESEO**
*FNU, in his individual capacity*

represented by **Joseph Lee Meadows**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HALL**
*FNU, in his individual capacity*

represented by **Joseph Lee Meadows**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNITED STATES OF AMERICA**

represented by **Stephanie R. Johnson**
DOJ–USAO
601 D Street, NW
Washington, DC 20530
(202) 252–7874
Email: Stephanie.Johnson5@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GEO GROUP, INC.**

represented by **Joseph Lee Meadows**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2024 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC–10759881) filed by Angel Argueta Anariba. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)(Decker, Sarah) (Entered: 03/15/2024) |
| 03/18/2024 |  | NOTICE OF ERROR re 1 Complaint; emailed to decker@rfkhumanrights.org, cc'd 1 associated attorneys –– The PDF file you docketed contained errors: 1. Noncompliance with LCvR 5.1(c). Please file an errata correcting the initiating pleading to include the name & full residence address of each party using the event Errata., 2. Incorrect coversheet. Please use the cover sheet at https://www.dcd.uscourts.gov/new–case–forms & file using the event Civil Cover Sheet., 3. Missing summonses–government. When naming a government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & |

| | | |
|---|---|---|
| | | U.S. Attorney General. Please submit using the event Request for Summons to Issue., 4. Incomplete summonses; must contain address of each named defendant as the party to be served., 5. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied.** (znmw, ) (Entered: 03/18/2024) |
| 03/22/2024 | Ï 2 | NOTICE of Appearance by Sarah Telo Gillman on behalf of ANGEL ARGUETA ANARIBA (Gillman, Sarah) Modified docket text on 3/27/2024 (zdp). (Entered: 03/22/2024) |
| 03/25/2024 | Ï | NOTICE OF NEW CASE ERROR regarding 1 Complaint,. The following error(s) need correction: Noncompliance with LCvR 5.1(c). Please file a Notice of Errata stating the error and attach the corrected initiating pleading to include the name & full residence address of each party and file using the event Errata. Incorrect civil cover sheet. Please file the Civil Cover Sheet (JS44) form at www.dcd.uscourts.gov/new−case−forms & file using the event Civil Cover Sheet. Missing summonses− U.S. government. When naming a U.S. government agent or agency as a defendant, you must supply a summons for each defendant & two additional summonses for the U.S. Attorney & U.S. Attorney General. Please submit using the event Request for Summons to Issue. Incomplete summonses; must contain address of each named defendant as the party to be served. **COMPLIANCE DEADLINE is by close of business today. This case will not proceed any further until all errors are satisfied. SECOND NOTICE. Continued non−compliance will result in an Order to Show Cause and/or dismissal of case.** (znmw) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 3 | CIVIL COVER SHEET by ANGEL ARGUETA ANARIBA re 1 Complaint, filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Main Document 3 replaced on 3/27/2024) (znmw). (Entered: 03/25/2024) |
| 03/25/2024 | Ï 4 | ERRATA by ANGEL ARGUETA ANARIBA re 1 Complaint,. (Decker, Sarah) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 5 | REQUEST FOR SUMMONS TO ISSUE *United States* filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 6 | REQUEST FOR SUMMONS TO ISSUE *United States* filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 7 | REQUEST FOR SUMMONS TO ISSUE *FNU Daley* filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 8 | REQUEST FOR SUMMONS TO ISSUE *FNU Deseo* filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 9 | REQUEST FOR SUMMONS TO ISSUE *FNU Freeman* filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Entered: 03/25/2024) |
| 03/25/2024 | Ï 10 | REQUEST FOR SUMMONS TO ISSUE *FNU Hall* filed by ANGEL ARGUETA ANARIBA. Related document: 1 Complaint, filed by ANGEL ARGUETA ANARIBA.(Decker, Sarah) (Entered: 03/25/2024) |
| 03/27/2024 | Ï | Case Assigned to Judge Jia M. Cobb. (znmw) (Entered: 03/27/2024) |
| 03/27/2024 | Ï 11 | SUMMONS (6) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Notice and Consent)(znmw) (Entered: 03/27/2024) |

| | | |
|---|---|---|
| 04/25/2024 | 12 | AMENDED COMPLAINT against All Defendants filed by ANGEL ARGUETA ANARIBA. (Attachments: # 1 Summons)(Decker, Sarah) (Entered: 04/25/2024) |
| 04/25/2024 | 13 | SUMMONS (1) Issued Electronically as to GEO GROUP, INC.. (Attachments: # 1 Notice and Consent)(zdp) (Entered: 04/25/2024) |
| 05/30/2024 | | MINUTE ORDER: Plaintiff filed this action on March 15, 2024. Plaintiff is not proceeding *in forma pauperis* and is therefore responsible for serving Defendants with process, consisting of the summons and a copy of the complaint. Fed. R. Civ. P. 4(c). "If a defendant is not served within 90 days after the complaint is filed, the court, on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice... or order that service be made within a specified time," unless "plaintiff shows good cause for the failure." Fed. R. Civ. P. 4(m). Plaintiff is reminded that, in this case, the 90−day deadline for service on the Defendants included in the original complaint will expire after June 13, 2024. Signed by Judge Jia M. Cobb on May 30, 2024. (lcjmc3) (Entered: 05/30/2024) |
| 06/03/2024 | 14 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Yulie Landan, Filing fee $ 100, receipt number ADCDC−10936641. Fee Status: Fee Paid. by ANGEL ARGUETA ANARIBA. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Certificate of Good Standing)(Decker, Sarah) (Attachment 2 replaced on 6/3/2024) (zdp). (Entered: 06/03/2024) |
| 06/03/2024 | 15 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Matthew Vogel, Filing fee $ 100, receipt number ADCDC−10936677. Fee Status: Fee Paid. by ANGEL ARGUETA ANARIBA. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Certificate of Good Standing)(Decker, Sarah) (Entered: 06/03/2024) |
| 06/05/2024 | | MINUTE ORDER granting 14 Motion for Leave to Appear Pro Hac Vice – Yulie Landan: **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Jia M. Cobb on June 5, 2024. (lcjmc1) Modified docket text on 6/6/2024 (zed). (Entered: 06/05/2024) |
| 06/05/2024 | | MINUTE ORDER granting 15 Motion for Leave to Appear Pro Hac Vice – Matthew Vogel: **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Jia M. Cobb on June 5, 2024. (lcjmc1) (Entered: 06/05/2024) |
| 06/12/2024 | 16 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES OF AMERICA served on 6/11/2024 (Gillman, Sarah) (Entered: 06/12/2024) |
| 06/12/2024 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. GEO GROUP, INC. served on 6/5/2024, answer due 6/26/2024 (Gillman, Sarah) (Entered: 06/12/2024) |
| 06/12/2024 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DESEO served on 6/5/2024, answer due 6/26/2024 (Gillman, Sarah) (Entered: 06/12/2024) |
| 06/12/2024 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FREEMAN served on 6/5/2024, answer due 6/26/2024 (Gillman, Sarah) (Entered: 06/12/2024) |
| 06/12/2024 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. HALL served on 6/5/2024, answer due 6/26/2024 (Gillman, Sarah) (Entered: 06/12/2024) |
| 06/12/2024 | 21 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DALEY served on 6/5/2024, answer due 6/26/2024 (Gillman, Sarah) (Entered: 06/12/2024) |
| 06/12/2024 | 22 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 6/11/2024., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 6/11/2024. ( Answer due for ALL FEDERAL |

| | | |
|---|---|---|
| | | DEFENDANTS by 8/10/2024.) (See Docket Entry 16 to view document). (znmw) (Entered: 06/13/2024) |
| 06/25/2024 | 23 | Consent MOTION for Extension of Time to *Answer, Move or Otherwise Respond to the Complaint* by GEO GROUP, INC.. (Attachments: # 1 Text of Proposed Order)(Meadows, Joseph) (Entered: 06/25/2024) |
| 06/25/2024 | 24 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by GEO GROUP, INC. (Meadows, Joseph) (Entered: 06/25/2024) |
| 06/26/2024 | | MINUTE ORDER granting 23 Motion for Extension of Time to Answer: In light of the consent motion, and finding good cause, the motion is GRANTED. Defendants The GEO Group, Inc., FNU Daley, FNU Deseo, FNU Freeman, and FNU Hall shall have until July 17, 2024 to answer or otherwise respond to the First Amended Complaint. Signed by Judge Jia M. Cobb on June 26, 2024. (lcjmc3) (Entered: 06/26/2024) |
| 07/12/2024 | 25 | NOTICE of Appearance– Pro Bono by Yulie Landan on behalf of All Plaintiffs (Landan, Yulie) (Entered: 07/12/2024) |
| 07/15/2024 | 26 | Consent MOTION for Extension of Time to *Answer, Move or Otherwise Respond to the Complaint* by DALEY, DESEO, FREEMAN, GEO GROUP, INC., HALL. (Attachments: # 1 Text of Proposed Order)(Meadows, Joseph) Modified to withdraw on 7/16/2024 (zakb). Modified docket text on 7/16/2024 (zdp). (Entered: 07/15/2024) |
| 07/15/2024 | 27 | ERRATA re 26 by DALEY, DESEO, FREEMAN, GEO GROUP, INC., HALL. (Attachments: # 1 Defendants' Second Consent Motion for Extension of Time, # 2 Text of Proposed Order)(Meadows, Joseph) Modified docket text on 7/16/2024 (zdp). (Entered: 07/15/2024) |
| 07/16/2024 | | MINUTE ORDER granting 26 Consent Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint; 27 Errata: It is hereby ORDERED that the motion is GRANTED. Defendants The GEO Group, Inc., FNU Daley, FNU Deseo, FNU Freeman, and FNU Hall shall have until July 31, 2024, to answer or otherwise respond to the complaint. Signed by Judge Jia M. Cobb on July 16, 2024. (lcjmc1) (Entered: 07/16/2024) |
| 07/26/2024 | 28 | Third MOTION for Extension of Time to *Answer, Move or Otherwise Respond to the Complaint* by DALEY, DESEO, FREEMAN, GEO GROUP, INC., HALL. (Attachments: # 1 Text of Proposed Order)(Meadows, Joseph) (Entered: 07/26/2024) |
| 07/29/2024 | | MINUTE ORDER granting 28 Consent Motion for Extension of Time to Answer, Move or Otherwise Respond to the Complaint: It is hereby ORDERED that the motion is GRANTED. Defendants The GEO Group, Inc., FNU Daley, FNU Deseo, FNU Freeman, and FNU Hall shall have until August 30, 2024, to answer or otherwise respond to the complaint. Signed by Judge Jia M. Cobb on July 29, 2024. (lcjmc1) (Entered: 07/29/2024) |
| 08/07/2024 | 29 | NOTICE of Appearance by Stephanie R. Johnson on behalf of UNITED STATES OF AMERICA (Johnson, Stephanie) (Entered: 08/07/2024) |
| 08/07/2024 | 30 | Unopposed MOTION for Extension of Time to *Respond to Amended Complaint* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Johnson, Stephanie) (Entered: 08/07/2024) |
| 08/13/2024 | | MINUTE ORDER granting 30 Motion for Extension: Having considered the motion, and for good cause shown, the Court GRANTS the motion. It is further ORDERED that Defendants shall respond to the complaint in this action by September 12, 2024. Signed by Judge Jia M. Cobb on August 13, 2024. (lcjmc3) (Entered: 08/13/2024) |
| 08/20/2024 | 31 | Joint MOTION to Sever *and Transfer Claims Against GEO and Individual Defendants* by DALEY, DESEO, FREEMAN, GEO GROUP, INC., HALL. (Attachments: # 1 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Meadows, Joseph). Added MOTION to Transfer Case on 8/20/2024 (zdp). (Entered: 08/20/2024) |
| 08/20/2024 | | MINUTE ORDER re 31 Motion to Sever and Transfer: Upon consideration of Defendants the GEO Group, Inc., Daley, Deseo, Freeman, and Hall's and Plaintiff Angel Argueta Anariba's 31 joint motion to sever and transfer claims against GEO and Individual Defendants to the United States District Court for the Western District of Louisiana, and it appearing that there is good and sufficient cause to grant the motion, it is hereby ordered that the motion is GRANTED and that the claims against these Defendants shall be SEVERED and TRANSFERRED to the United States District Court for the Western District of Louisiana. Signed by Judge Jia M. Cobb on August 20, 2024. (lcjmc3) (Entered: 08/20/2024) |
| 08/30/2024 | 32 | MOTION to Transfer Case , MOTION to Stay by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Johnson, Stephanie) (Entered: 08/30/2024) |
| 09/03/2024 | 33 | Case transferred to the USDC for the Western District of Louisiana pursuant to Order on Motion to Sever, Order on Motion to Transfer Case, Sent to Court via extraction. (zdp) (Entered: 09/03/2024) |
| 09/03/2024 | 34 | MOTION for Reconsideration *OF THE COURT'S AUGUST 20, 2024, MINUTE ORDER* by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Johnson, Stephanie) (Entered: 09/03/2024) |
| 09/04/2024 | | Receipt on 9/4/2024 of Electronic Transfer. Other Court Number 6:24−cv−01216 sent by USDC for the District of Louisiana. (znmw) (Entered: 09/05/2024) |
| 09/09/2024 | 35 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Motion to Transfer* by ANGEL ARGUETA ANARIBA. (Attachments: # 1 Text of Proposed Order)(Decker, Sarah) (Entered: 09/09/2024) |
| 09/10/2024 | | MINUTE ORDER granting 35 Motion for Extension of Time to File Response: Having considered the motion, and for good cause shown, the Court GRANTS the motion. It is further ORDERED that Plaintiff shall respond to Defendant's 32 motion to transfer by September 20, 2024. Signed by Judge Jia M. Cobb on September 10, 2024. (lcjmc3) (Entered: 09/10/2024) |
| 09/13/2024 | 36 | RESPONSE re 34 MOTION for Reconsideration *OF THE COURT'S AUGUST 20, 2024, MINUTE ORDER (Joint Opposition)* filed by ANGEL ARGUETA ANARIBA. (Attachments: # 1 Declaration Declaration of Sarah Decker, # 2 Exhibit Copy of Western District of Louisiana Civil Docket Sheet)(Decker, Sarah) (Entered: 09/13/2024) |
| 09/20/2024 | 37 | RESPONSE re 32 MOTION to Transfer Case MOTION to Stay filed by ANGEL ARGUETA ANARIBA. (Attachments: # 1 Declaration of Angel Argueta Anariba)(Decker, Sarah) (Entered: 09/20/2024) |
| 09/20/2024 | 38 | REPLY to opposition to motion re 34 MOTION for Reconsideration *OF THE COURT'S AUGUST 20, 2024, MINUTE ORDER* filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, Email)(Johnson, Stephanie) (Entered: 09/20/2024) |
| 09/24/2024 | 39 | Consent MOTION for Extension of Time to File Response/Reply as to 32 MOTION to Transfer Case MOTION to Stay by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Johnson, Stephanie) (Entered: 09/24/2024) |
| 09/26/2024 | | MINUTE ORDER granting 39 Motion for Extension of Time: Having considered the motion, and for good cause shown, the Court GRANTS the motion. It is further ORDERED that Defendant shall submit its reply in support of its 32 motion to transfer by October 4, 2024. Signed by Judge Jia M. Cobb on September 26, 2024. (lcjmc3) (Entered: 09/26/2024) |
| 10/04/2024 | 40 | REPLY to opposition to motion re 32 Motion to Transfer Case, Motion to Stay filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, Electronic Notification, # 2 Exhibit B, |

| | | |
|---|---|---|
| | | Notice of Claim)(Johnson, Stephanie) (Entered: 10/04/2024) |
| 07/21/2025 | 41 | ORDER granting Motion to Transfer Case 32 ; denying as moot 34 Motion for Reconsideration: See document for details. The Clerk of Court is directed to transfer this matter to the United States District Court for the Western District of Louisiana. Transfer due by 7/31/2025. Signed by Judge Jia M. Cobb on July 21, 2025. (lcjmc3) (Entered: 07/21/2025) |